AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| RICHARD HINMAN, JR., INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED<br><br>*Plaintiff(s)*<br>v.<br>THE E GROUP, LLC<br><br>*Defendant(s)* | Civil Action No. CV120-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE E GROUP, LLC
Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Troy A. Lanier
Troy A. Lanier, PC
430 Ellis Street
Augusta, GA 30901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/29/2020

*Jamie Hodge*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-00109-JRH-BKE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The E Group, LLC was received by me on *(date)* 8/11/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith, agent at Corporation Service Company, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* The E Group, LLC on *(date)* Sat, Aug 15 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/18/2020

*Server's signature*

Antuan Aguirre, Process Server

*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Rd NE, Atlanta, GA 30342

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 15, 2020, 12:40 pm EDT at 40 Technology Pkwy South #300, Norcross, GA 30092 received by Alisha Smith, agent at Corporation Service Company, Registered Agent.

Documents Served: Summons in a Civil Action, Original Complaint, Exhibit A, Rule 26 Instruction Order and Disclosure Statement