IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD HINMAN, JR., Individually and for Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 120-109 |
| THE E GROUP, LLC, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed this case on July 29, 2020, and service was effected on August 15, 2020. (Doc. nos. 1, 4.) Defendant filed an answer on September 22, 2020, and a motion for summary judgment on October 6, 2020. (Doc. nos. 11, 16.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. The pendency of the motion for summary judgment before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 29th day of October, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA