IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RICHARD HINMAN, JR.          *
Individually and for Others  *
Similarly Situated,          *
                             *
        Plaintiff,           *
                             *
            v.               *          CV 120-109
                             *
THE E GROUP, LLC,            *
                             *
        Defendant.           *

-----------------

O R D E R

-----------------

Before the Court is the Parties' stipulation of dismissal without prejudice in favor of arbitration. (Doc. 34.) The Parties consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this _13th_ day of July, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA